429, and *Tatar v. Maxon Construction Co.* (1973) 54 Ill.2d 64, applies to the indemnification contract betwen Armstrong and Piping.

Having reviewed the original briefs submitted, the briefs submitted on rehearing, the record, and the cases cited, we have decided to adhere to our opinion affirming the judgments of the circuit court of Cook County.

DEMPSEY and McNAMARA, JJ., concur.

The People of the State of Illinois, Respondent-Appellee, *v.* Vernon Lewis, Petitioner-Appellant.

(No. 60546;

First District (3rd Division)—June 5, 1975.

PER CURIAM.

James J. Doherty, Public Defender, of Chicago (William D. Trude and Marilyn D. Israel, Assistant Public Defenders, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Laurence J. Bolon and Mary E. Dienes, Assistant State's Attorneys, of counsel), for the People.